UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR254(PCD) |
| DALE MARTIN | : | January 14, 2005 |

### MOTION TO SEAL

The defendant respectfully moves the Court to seal the accompanying motion for reasons of confidentiality. The government has no objection to the granting of this motion.

Respectfully submitted,

The Defendant,
Dale Martin

Thomas G. Dennis
Federal Defender

Dated: January 14, 2005

Terence S. Ward
Asst. Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct00023
(860) 493-6260

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing motion to seal has been mailed to Michael McGarry, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 14th day of January, 2004

Paul F. Thomas