UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | CRIMINAL No. 3:03CR254(PCD) |
|---|---|
| v. | |
| DALE C. MARTIN | February 3, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw the appearance of Assistant United States Attorney Peter A. Clark. Assistant United States Attorney Clark is no longer employed by the office and the undersigned has filed an appearance in this matter.

Accordingly, it is requested that this motion be granted.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    MICHAEL S. McGARRY
    ASSISTANT UNITED STATES ATTORNEY
    FEDERAL BAR NO. ct25713
    157 CHURCH STREET, 23RD FLOOR
    NEW HAVEN, CT 06510
    TEL. 203.821.3700

**CERTIFICATION**

This is to certify that a copy of the within and foregoing was sent by First Class mail on this 3rd day of February 2005, to the following counsel of record:

Terence S. Ward, Esq.
Assistant Federal Public Defender
Federal Public Defender's Office
10 Columbus Blvd., 6th Floor
Hartford, CT 06106

_____
MICHAEL S. McGARRY
ASSISTANT UNITED STATES ATTORNEY