UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

**September 1, 2005**

9:00 A.M.

REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING.

CASE NO.   3-03-cr-254 (PCD)   USA v. Dale C. Martin

COUNSEL OF RECORD:

| | |
|---|---|
| Michael McGarry, AUSA | U.S. Attorneys Office, P.O. Box 1824, 157 Church St., 23rd Floor, New Haven, CT 06510     203-821-3700 |
| Terence S. Ward, AFPD | Federal Public Defender's Office, 10 Columbus Blvd., 6th Floor, Hartford, CT 06106     860-493-6260 |
| U.S. Probation Office | U.S. Probation Office, 157 Church St., 22nd Fl., New Haven, CT 06510 203-773-3100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK