UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR254(PCD) |
| DALE MARTIN | : | July 29, 2005 |

## MOTION TO SEAL

The defendant respectfully moves the Court to seal the accompanying motion for reasons of confidentiality. The government has no objection to the granting of this motion.

        Respectfully submitted,

        The Defendant,
        Dale Martin

        Thomas G. Dennis
        Federal Defender

Dated: July 29, 2005        /s/
        Terence S. Ward
        Asst. Federal Defender
        10 Columbus Blvd, FL 6
        Hartford, CT 06106-1976
        Bar No. ct00023
        (860) 493-6260

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing motion to seal has been mailed to Michael McGarry, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 29th day of July, 2005.

        /s/
        Terence S. Ward