UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR254(PCD) |
| DALE MARTIN | : | November 18, 2005 |

## MOTION TO SEAL

The defendant respectfully moves the Court to seal the accompanying motion for reasons of confidentiality. The government has no objection to the granting of this motion.

                                  Respectfully submitted,

                                  The Defendant,
                                  Dale Martin

                                  Thomas G. Dennis
                                  Federal Defender

Dated: November 18, 2005          /s/_____
                                            Terence S. Ward
                                            Asst. Federal Defender
                                            10 Columbus Blvd, FL 6
                                            Hartford, CT 06106-1976
                                            Bar No. ct00023
                                            (860) 493-6260

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing motion to seal has been mailed to Michael McGarry, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 17th day of November, 2005.

                                            /s/_____
                                            Terence S. Ward