UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| -vs- | :     Civ. No. 3:03cr254 (PCD) |
| | : |
| Dale MARTIN | : |
| | : |

**RULING ON DEFENDANT'S MOTION FOR UPDATED
PRESENTENCE REPORT AND FOR CONTINUANCE**

Defendant, Dale Martin, moves [Doc. No. 46-1] for a continuance of his sentencing, currently scheduled for December 5, 2005. In support of his request, Defendant states that he is terminally ill with cancer, a fact not known at the time the initial presentence report was prepared, and requests a continuance in conjunction with a court order directing the probation office to prepare an updated presentence report. In addition, Defendant has agreed to cooperate against Dale Graybill, a defendant in a related case before the Court whose sentencing has been continued until January 9, 2006. The government does not object to a continuance until after Graybill is sentenced, but contends that any continuance should be based not upon Defendant's deteriorating physical condition, but rather, on his continued cooperation with the government.

Defendant's motion is hereby granted, and his sentencing is hereby continued to February 14, 2006. The probation office shall prepare and provide to the Court an updated presentence report on or before February 8, 2006.

SO ORDERED.

Dated at New Haven, Connecticut, December  1 , 2005.

                                                  /s/
                                      Peter C. Dorsey
                                 United States District Judge

Case 3:03-cr-00254-PCD    Document 48    Filed 12/01/2005    Page 3 of 3