UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

**February 14, 2006**

**9:00 A.M.**

**PLEASE NOTE: Rescheduled from December 12, 2005**

REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING.

CASE NO.   3-03-cr-254 (PCD)   USA v. Dale C. Martin

COUNSEL OF RECORD:

| | |
|---|---|
| Michael S. McGarry, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl., New Haven, CT 06510     203-821-3700 |
| Terence S. Ward, AUSA | Federal Public Defender's Office, 6th Floor, 10 Columbus Blvd., Hartford, CT 06106 860-493-6260 |
| U.S. Probation Office | U.S. Probation Office, 157 Church St., New Haven, CT 06510     203-773-2100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK