UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR254(PCD) |
| DALE MARTIN | : | December 13, 2005 |

### NOTICE

Counsel for the defendant respectfully files this notice to alert the Court and the government that Dale Martin died on December 8, 2005. The obituary was published in the *Hartford Courant* on December 11, 2005. Counsel has requested a death certificate and will forward it to the Court when it is received.

Respectfully submitted,

The Defendant,
Dale Martin

Thomas G. Dennis
Federal Defender

Dated: December 13, 2005

Terence S. Ward
Asst. Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. Ct00023
(860) 493-6260
Email: terence.ward@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been mailed to Michael McGarry, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 13 day of December 2005.

Terence S. Ward