UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:03-CR-254 (PCD) |
| | : |
| DALE C. MARTIN | : |

**PRELIMINARY ORDER OF DISTRIBUTION OF FUNDS**

The defendant, Dale C. Martin, having pleaded guilty to an Information charging him with mail fraud in violation of 18 U.S.C. § 1341, and investment adviser fraud in violation of 15 U.S.C. §§ 80b-6(1) and 80b-17, and the defendant having agreed by way of a plea agreement letter dated September 5, 2003, filed in open court on that same day, to make restitution in accordance with this Information;

And that the Court having found, based on the defendant's plea, and the accompanying Stipulation of Offense Conduct, that there exist grounds pursuant to which the defendant shall relinquish for restitution all rights to the funds from the receiver in the case of *SEC v. Zidar*, 00 CV 823 (JCC) (W.D. Wa), (the "Zidar Funds").

And that the Court having found, that in connection with the plea, the United States has obtained $184,357.88 in the Zidar Funds, which funds are currently on deposit with the Clerk of Court, and the defendant agreed that such funds be for restitution.

And that the Court having found, that by virtue of the defendant having passed away prior to his sentencing, no order of restitution shall be issued.

It is hereby:

ORDERED, ADJUDGED, AND DECREED that the $184,357.88 obtained from the receiver in the case of *SEC v. Zidar*, is to be distributed to the victims as set forth on a pro-rata basis in the attached schedule.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that this Court will allow for thirty (30) days for objection or comment before making the Preliminary Order a Final Order of Distribution.

SO ORDERED this ___6th___ day of ___September___, 2006, at New Haven, Connecticut.

HONORABLE PETER C. DORSEY
SENIOR U.S. DISTRICT JUDGE

Schedule of Distribution

|   | Victim | Original Investment | Less: Returned Funds | Net Loss | Percentage of Total Net Loss | Pro-Rata % Applied to Recoverable Funds |
|---|---|---|---|---|---|---|
| 1 | Ednah Neugebauer | $313,397.00 | ($87,253.00) | $226,144.00 | 8% | $13,941.96 |
| 2 | Edmund Sontag | $319,169.00 | ($158,671.00) | $160,498.00 | 5% | $9,894.83 |
| 3 | Jeffrey Stickles | $1,624,480.00 | ($552,201.00) | $1,072,279.00 | 36% | $66,106.86 |
| 4 | Robert Martinelli | $376,801.34 | ($95,049.28) | $281,752.06 | 9% | $17,370.24 |
| 5 | Robert Beman | $69,586.00 | | $69,586.00 | 2% | $4,290.03 |
| 6 | Thomas Cosker | $300,000.00 | | $300,000.00 | 10% | $18,495.24 |
| 7 | Betty Cosker | $250,000.00 | | $250,000.00 | 8% | $15,412.70 |
| 8 | John Cosker | $96,000.00 | | $96,000.00 | 3% | $5,918.48 |
| 9 | William Cosker | $500,000.00 | ($100,000.00) | $400,000.00 | 13% | $24,660.32 |
| 10 | Dee Sidoti | $100,000.00 | ($8,200.00) | $91,800.00 | 3% | $5,659.54 |
| 11 | Ingrid Sidoti | $50,000.00 | ($7,702.60) | $42,297.40 | 1% | $2,607.67 |
| | TOTAL LOSS | $3,999,433.34 | ($763,152.88) | $2,990,356.46 | 100% | $184,357.86 |

Purpose: This document is designed to be utilized for the pro-rata distribution of recovered, liquid assets ($184,357.86) from Dale Martin (deceased) to his victims:

Procedure: The list of eleven victims and their net loss to date is aggregated to obtain a "Total (Net) Loss." The available funds are then allocated to each victim based on the victim's respective percentage of the Total Net Loss.

Note: The loss amounts listed above were provided by Dale Martin and were corroborated by bank statements where possible.